Form 158 – ntcpvsale11dip

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15−23627−MBK
Chapter: 11
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   White Marine, Inc.
   PO Box 751
   Perth Amboy, NJ 08862

Social Security No.:

Employer's Tax I.D. No.:
   22−3607451

## NOTICE OF PROPOSED PRIVATE SALE

    White Marine, Inc. , debtor(s) in the above captioned case, proposed a private sale of certain property of the estate to the persons and on the terms described below.

    If any creditor or other party in interest has an objection to the sale, the objection and a request for a hearing on such objection shall be in writing, served upon the person named below, the Debtor, and the Clerk of the United States Bankruptcy Court.

    Such objection and request shall be filed with the Clerk and served upon the person named below on or before September 10, 2015.

    In the event an objection is timely filed, a hearing will be held before the Honorable Michael B. Kaplan on:

DATE:                09/21/2015
TIME:                10:00 AM
COURTROOM:    8

    If no objection is filed with the Clerk and served upon the person named below on or before September 10, 2015, the sale will be consummated on or after the fifth day following the last day to file objections.

THE PROPERTY TO BE SOLD, THE PROPOSED PURCHASER AND THE SALE PRICE:
Piranha P90 Ironworker, 2 vertical milling machines, CNC Lathe, 3 manual lathes
are being sold to American Machinery Liquidators, Inc. for $40,000. Closing will
occur upon court approval or a certificate of no objection being issued. The assets were appraised on July 2, 2015 by Alan Atkins Appraisals for $50,000. This is an arms−length transaction between unrelated entities. The proceeds will be paid to Wells Fargo Bank, who has a lien on the assets being sold.

    Higher or better offers may be submitted to the selling party no later than the date set for objections set forth above.

    Request for additional information about the property to be sold should be directed to the debtor's attorney at:

John F. Bracaglia Jr.
Mauro, Savo, Camerino, Grant & Schalk
77 North Bridge Street

Somerville, NJ 08876
(908) 526–0707

Dated: August 28, 2015
JJW:

                                              James J. Waldron
                                              Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                                   Case No. 15-23627-MBK
White Marine, Inc.                                                       Chapter 11
      Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0312-3         User: smather               Page 1 of 2                  Date Rcvd: Aug 28, 2015
                             Form ID: 158                Total Noticed: 68


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2015.
db            +White Marine, Inc.,    PO Box 751,    Perth Amboy, NJ 08862-0751
acc           +AJ Santye & Co. PA,    36 East Main St.,    Somerville, NJ 08876-2308
cr           ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
              (address filed with court:   Ford Motor Credit Company, LLC,    P.O. Box 62180,
               Colorado Springs, CO  80962)
cr            +WELLS FARGO BANK, NATIONAL ASSOCIATION,     c/o McCarter & English, LLP,    Attn: Eunjin Lee, Esq.,
               100 Mulberry St.,    Four Gateway Center,    Newark, NJ 07102-4062
515633938     +AEIS,   943 E Hazlewod Ave,    Rahway, NJ 07065-5633
515659470      AFCO,   5600 N. River Rd., Ste. 400,     Rosemont, IL 60018-5187
515633939     +Aetna Inc,    POB 7247-0213,    Philadelphia, PA 19170-0001
515633940     +American Express,    POB 1270,    Newark, NJ 07101-1270
515633941     +Archer Western-,    2410 Paces Ferry Rd,    Atlanta, GA 30339-1821
515633942     +Banco Popular,    Payment Center,    POB 17036,    Baltimore, MD 21297-1036
515633943      Bank of America,    POB 60073,    City of Industry, CA 91716
515633944     +Carboline,    POB 931942,    Cleveland, OH 44193-0004
515633945     +Carneys Point Metal Processing,     351 N Virginia Ave,    Penns Grove, NJ 08069-1126
515701443     +Carneys Point Metal Processing, Inc.,     Law Office of DiNicola & DiNicola, LLC,
               Attn: Joseph M. DiNicola, Jr.,    381 South Golfwood Avenue,    Carneys Point, NJ 08069-2833
515633946     +Cintas Corporation,    POB 630803,    Cincinnati, OH 45263-0803
515633947     +Comfort Inn,    306 S Hughes Blvd,    Elizabeth City, NC 27909-4525
515633948     +Con Way Freight,    POB 5160,    Portland, OR 97208-5160
515633949     +Conrail,    1000 Howard Blvd,    Mount Laurel, NJ 08054-2371
515690720     +EverBank Commercial Finance, Inc.,     Attn: Bill Wellford,    10 Waterview Blvd.,
               Parsippany, NJ 07054-7607
515633950     +Everbank Commercial Finance,    1700 Lincoln St, lower level 3 dept 1068,
               Denver, CO 80203-4500
515633951     +Ford Motor Credit,    POB 220564,    Pittsburgh, PA 15257-2564
515633952     +Genesis Structure,    104 W Ninth St, Ste 200,    Kansas City, MO 64105-1718
515633954     +IWS,   4 Val St,    Sayreville, NJ 08872-1437
515633955     +James White,    2896 Buttonwood Key Ct,    Saint James City, FL 33956-2186
515633956     +Jennifer Billand,    7 Old Jacksonville Rd,    Towaco, NJ 07082-1013
515633957     +Made Right Precision Manuf.,    43 Washington St,    Long Branch, NJ 07740-5931
515633958     +Mark White,    21 Hilltop Trail,    Sparta, NJ 07871-2207
515633959     +Max L Brown Hardware Co,    1000 Port Carteret Dr,    Carteret, NJ 07008-3527
515633960     +McMaster Carr Supply,    POB 7690,    Chicago, IL 60680-7690
515660610      McMastrer-Carr Supply Company,    P.O. BOX 5370,    Princeton, NJ 08543-5370
515633961     +Metals USA Plates & Shapes Northeast,     POB 827110,    Philadelphia, PA 19182-7110
515633962     +Metro Metrology Inc.,    3 Cedarcrest Ct,    Ocean View, NJ 08230-1717
515633963     +Metro Wire Rope Corp.,    POB 427,    Kenilworth, NJ 07033-0427
515633964     +Motion Industries,    POB 41444,    Boston, MA 02241-0001
515690316     +Motion Industries Inc,    POB 1477,    Birmingham, AL 35201-1477
515633967     +NY Dept of Taxation,    WA Harriman State Campus,    Albany, NY 12227-0001
515633965      New Jersey Div of Taxation,    Compliance & Enforcement-Bkcy. Unit,    P.O. Box 245,
               Trenton, NJ 08695-0267
515633966     +New Jersey Door Works,    689 Ramsey Ave,    Hillside, NJ 07205-1009
515703779      New York State Department of Taxation and Finance,     Bankruptcy Section,    PO Box 5300,
               Albany, NY 12205-0300
515633968     +Penn Stainless Products,    190 Kelley Road Drive POB 9001,    Quakertown, PA 18951-9001
515633969     +Petro Choice,    POB 5066,    Pittston, PA 18641-0066
515633970     +Plan B Engineering,    One Neshaminy Interplex Ste 302,    Feasterville Trevose, PA 19053-6955
515633971     +Quench USA,    POB 8800, lockbox 53203,    Philadelphia, PA 19178-0001
515633972     +Red D Arc Inc.,    POB 532618,    Atlanta, GA 30353-2618
515702417     +Red-D-Arc,    685 Lee Industrial Blvd,    Austell, GA 30168-7434
515633973     +Robert Rivera,    659 Charles St,    Perth Amboy, NJ 08861-2807
515633974     +Schiavone Construction,    150 Meadowlands Pkwy,    Secaucus, NJ 07094-2300
515633976     +Sherwin Williams Co,    226 Talmadge Rd,    Edison, NJ 08817-2824
515633977     +Sherwin Williams Co,    366 St Georges Ave,    Rahway, NJ 07065-2840
515633978     +Shingle & Gibb,    845 Lancer Dr,    Moorestown, NJ 08057-4230
515633979      Skanska Koch,    400 Roosevelt Ave,    Vauxhall, NJ 07088
515633980     +Steimling & Son,    7 Nickel Ave, POB 283,    Sayreville, NJ 08871-0283
515633981     +Stratix Systems,    1011 No Park Rd,    Reading, PA 19610-1339
515633982     +Sunbelt Rentals,    POB 409211,    Atlanta, GA 30384-9211
515633983     +Superheat FGH Services,    313 Garnet Dr,    New Lenox, IL 60451-3503
515633984     +Synefac Technical Staffing,    2 Reads Way, Ste 209,    New Castle, DE 19720-1630
515633985     +Turtle & Hughes,    1900 Lower Rd,    Linden, NJ 07036-6586
515633986     +Unishippers,    POB 677,    Rockaway, NJ 07866-0677
515633987     +Van Hydraulics,    POB 320,    Keasbey, NJ 08832-0320
515633988     +WB Equipment Service,    127 Oak St,    Wood Ridge, NJ 07075-2412
515633992     +WMI Realty, LLC,    POB 751,    Perth Amboy, NJ 08862-0751
515633989     +Wells Fargo Bank NA,    8740 Research Drive, 1st floor,    Charlotte, NC 28262-8570
515633990     +Wells Fargo Financial,    POB 98784,    Las Vegas, NV 89193-8784
515633991     +West Salisbury Foundry & Machine Co., Inc.,     PO Box 541,    Salisbury, PA 15558-0541
```

```
District/off: 0312-3          User: smather              Page 2 of 2                  Date Rcvd: Aug 28, 2015
                              Form ID: 158               Total Noticed: 68
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: cio.bncmail@irs.gov Aug 28 2015 22:42:40     Dist Dir of IRS,
                 Insolvency Function,   PO Box 724,   Springfield, NJ 07081-0724
smg             E-mail/Text: leah.bynon@usdoj.gov Aug 28 2015 22:43:15     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 28 2015 22:43:11     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 28 2015 22:43:25     American Honda Finance Corp.,
                 PO Box 168088,   Irving, TX 75016-8088
                                                                                             TOTAL: 4

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515647223*      Department of the Treasury,   Internal Revenue Service,   P.O. Box 7346,
                 Philadelphia, PA 19101-7346
515665260*     ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                 (address filed with court: Ford Motor Credit Company, LLC,   Department 55953, P.O. Box 55000,
                 Detroit, MI 48255-09)
515633953*      Internal Revenue Service,   POB 7346,   Philadelphia, PA 19101-7346
515701455*     +Max L Brown Hardware Co,   1000 Port Carteret Dr,   Carteret, NJ 07008-3527
515633975*     +Schiavone-Construction,   150 Meadowlands Pkwy,   Secaucus, NJ 07094-2300
                                                                                          TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2015 at the address(es) listed below:
```
              Eunjin Elissa Lee    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION
               elee@mccarter.com, eunjinelee@gmail.com
              John F. Bracaglia, Jr.    on behalf of Debtor    White Marine, Inc. brokaw@maurosavolaw.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC
               mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com
              Sheila Calello    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION
               scalello@mccarter.com
                                                                                             TOTAL: 4
```